1  Kirsten A. Worley, Bar No. 222513
   Email: kw@wlawcorp.com
2  Worley Law, P.C.
   1572 Second Avenue
3  San Diego, CA 92101
   Telephone:  (619) 550-1004
4  Facsimile:   (619) 550-1051

5  Attorneys for Plaintiff
   BEAL BANK U.S.A.

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BEAL BANK U.S.A., a Nevada corporation, | Case No.  5:16-cv-00639-VAP-DTB |
| 12 | **[PROPOSED] DEFAULT JUDGMENT** |
| 13          Plaintiff, | |
| 14  v. | |
| 15  DAVID WEST WALKER; RAY SAIDIAN; and DOES 1 through 20, inclusive, | |
| 16 | |
| 17          Defendants. | |

18

19      WHEREAS, the Court has reviewed Plaintiff's Amended Application For

20  Default Judgment ("Application");

21      WHEREAS, the Court finds that the Clerk of the Court previously entered

22  the default of Defendant Saidian on June 24, 2016 [Dkt. 19];

23      WHEREAS, the Court finds that the Application was properly served upon

24  Defendant Ray Saidian; and

25      WHEREAS, based upon the Application, supporting declarations, and all

26  pleadings on file in this case, the Court finds that there is good cause for the

27  granting of Plaintiff's Amended Application and the issuance of this default

28  judgment;

[PROPOSED] DEFAULT JUDGMENT

WHEREAS, based upon the supporting Declaration of Donald Ackley, as of April 7, 2016, the date the Complaint was filed, the total amount due and owing was $213,593.16, which included $4,354.64 in late charges through April 8, 2016; $530.92 in collection costs for site inspections and valuations; and $51,212.06 in interest through April 8, 2016, calculated based on the rate applicable to the Loan, the Prime Rate plus 2.25%, for a daily interest accrual rate of $23.7322047;

WHEREAS, based on foregoing, additional interest of $3,963.28 has accrued at $23.7322047 per day for 167 days from April 9, 2016 to September 23, 2016 for a total of **$217,556.44**;

WHEREAS, based on the Unconditional Guarantee signed by Defendant Saidian, Plaintiff also is entitled to attorney's fees and costs as follows: (a) $1,827.00 in pre-litigation attorneys' fees, including those incurred in connection with collection efforts; and (b) $2,755.00 in attorney's fees to prosecute this action, including preparing the instant Application for Default Judgment; (c) $242.14 in pre-litigation costs; and (d) $938.14 in costs ($400 for court filing fees and $538.14 for service of process fees associated with Defendant Saidian) to prosecute this action for a total of **$5,762.55** in attorneys' fees and costs;

NOW, THEREFORE, the Court hereby enters judgment against Defendant Ray Saidian in the amount of **$223,318.99** in favor of Plaintiff Beal Bank U.S.A., plus additional interest from September 23, 2016 through the date of judgment at the daily accrual rate of $23.7322047. Interest on the judgment amount shall accrue at the applicable federal rate pursuant to 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: 10/6/16

Deputy Clerk

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1572 Second Avenue, San Diego, California 92101.

I certify that on October 3, 2016, the foregoing **[PROPOSED] DEFAULT JUDGMENT** was served on the following parties by the method indicated.

| | |
|---|---|
| David West Walker<br>8535 E. Baker Hill Road, Apt. J<br>Orange, CA 92869<br>*Defendant* | ☐ CM/ECF Court System:<br>☐ Hand delivery via messenger service<br>■ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| Ray Saidian<br>4180 Stone Mountain Drive<br>Chino Hills, CA 91709<br>(714) 628-6046<br>*Defendant, In Pro Per* | ☐ CM/ECF Court System:<br>☐ Hand delivery via messenger service<br>■ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| Hon. Virginia A. Phillips, Courtroom 780<br>Edward R. Roybal Federal Building and<br>United States Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 | ■ Hand delivery to chambers via messenger service<br>☐ First Class Mail, postage prepaid thereon |

For all United States Postal service mailings, if any, following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the

1  United States Postal Service.  Listing the judge above constitutes a declaration that
2  delivery or mailing the chambers copy to the judge <u>will be</u> completed no later than
3  noon the day after the document is filed in accordance with the Local Rules.
4      I declare that I am employed in the office of a member of the bar of this court
5  at whose direction the service was made.
6      I declare under penalty of perjury under the laws of the United States and the
7  State of California that the foregoing is true and correct.
8      Executed on October 3, 2016, at San Diego, California.

*Beverly Thorell* (signature)
Beverly Thorell