Kirsten A. Worley, Bar No. 222513
Email: kw@wlawcorp.com
Worley Law, P.C.
1572 Second Avenue
San Diego, CA 92101
Telephone: (619) 550-1004
Facsimile: (619) 550-1051

Attorneys for Plaintiff
BEAL BANK U.S.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAL BANK U.S.A., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID WEST WALKER; RAY SAIDIAN; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 5:16-cv-00639-VAP-DTB<br><br>**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** |

///
///
///
///
///
///
///
///

ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

COMES NOW, Plaintiff BEAL BANK U.S.A. ("Plaintiff") acknowledges that the judgment against Defendant Ray Saidian in favor of Beal Bank U.S.A. the amount of $223,318.99 entered on October 6, 2016 is satisfied in full. An abstract of judgment has been filed and recorded in the following counties:

1. Riverside County on November 14, 2016 as instrument number 2016-0506837.

2. Orange County on December 19, 2016 as instrument number 2016000644031.

The forgoing abstracts of judgment are hereby released.

Dated:   April 2, 2018                    WORLEY LAW, P.C.


                                          By: /s/ Kirsten A. Worley
                                              Kirsten A. Worley
                                              Attorney for Plaintiff
                                              BEAL BANK U.S.A.

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1572 Second Avenue, San Diego, California 92101.

I certify that on April 2, 2018, the foregoing **ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT** was served on the following parties by the method indicated.

| Party | Method |
|---|---|
| Ray Saidian<br>8535 E. Baker Hill Road, Apt. J<br>Orange, CA 92869<br>*Defendant* | ☐ CM/ECF Court System<br>☐ Hand delivery via messenger service<br>■ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| David West Walker<br>4180 Stone Mountain Drive<br>Chino Hills, CA 91709<br>*Defendant* | ☐ CM/ECF Court System<br>☐ Hand delivery via messenger service<br>■ First Class Mail, postage prepaid thereon<br>☐ Facsimile: |
| Hon. Virginia A. Phillips<br>Courtroom 780<br>Edward R. Roybal Federal Building and United States Courthouse<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 | ☐ Hand delivery to chambers via messenger service<br>■ First Class Mail, postage prepaid thereon |

For all United States Postal service mailings, if any, following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the

1 United States Postal Service. Listing the judge above constitutes a declaration that
2 delivery or mailing the chambers copy to the judge <u>will be</u> completed no later than
3 noon the day after the document is filed in accordance with the Local Rules.
4     I declare that I am employed in the office of a member of the bar of this court
5 at whose direction the service was made.
6     I declare under penalty of perjury under the laws of the United States and the
7 State of California that the foregoing is true and correct.
8     Executed on April 2, 2018, at San Diego, California.

*/s/ Beverly Thorell*
Beverly Thorell